UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLEAK KHAIR BIGGINS,

                  Plaintiff,

      -against-

FRANK BISIGNANO, COMMISSIONER OF
SOCIAL SECURITY.,

              Defendant.

26 CIVIL 1081 (SDA)

## <u>JUDGMENT</u>

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated June 18, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision. Upon remand, Plaintiff will be offered the opportunity for a hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**   New York, New York
          June 22, 2026

                          **TAMMI M. HELLWIG**
                            **Clerk of Court**

**BY:**

                            **Deputy Clerk**